**Exhibit A to the Complaint**

**Location:** Murrieta, CA

**Total Works Infringed:** 97

**IP Address:** 47.144.231.40

**ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 898465F64E51B63FCFECF2DC61CC19679B2B3571 | Vixen | 02/09/2018 03:33:13 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 2 | 041467C4974BAA7E587B0367EC12EC6D933A7317 | Tushy | 12/05/2017 06:10:40 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 3 | 05974F8D127A7CB312030D0D833B828F6586EEAC | Vixen | 09/08/2017 04:31:10 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 4 | 0816221732BC489696315493E8F3147C94085662 | Vixen | 08/28/2017 11:24:03 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 5 | 097F3D08B5C5DDCC34B253B94F3F3E7D04E93E77 | Blacked | 02/10/2018 03:30:03 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 6 | 09DF1A4719225D9989EE50E1E7316F7AB9159B03 | Blacked Raw | 01/23/2018 16:27:16 | 01/22/2018 | 02/03/2018 | 16288762462 |
| 7 | 0D72B710324FE82044BA0A219E709B5B9600EFEA | Tushy | 12/06/2017 03:16:30 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 8 | 104A070B3C1EAE224A2AE6095147C8F7AFCA010B | Vixen | 02/15/2018 13:04:19 | 02/13/2018 | 02/17/2018 | 16335134323 |
| 9 | 14125F6533A2552A19E7D4960C7A60B00629444C | Blacked | 09/06/2017 05:50:25 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 10 | 1543195513D6F5E2A831A19EB53B0EB44D9F1657 | Vixen | 01/30/2018 13:40:35 | 01/29/2018 | 02/07/2018 | 16335134850 |
| 11 | 15A9AD59EBBC05EA27DB08074626F90CF4DA2415 | Tushy | 11/19/2017 13:24:06 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 12 | 15B30BDE569A128FE0AB4D7E1195C7ADE377CFCA | Vixen | 09/19/2017 03:48:40 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 13 | 190306A32526F5F23C30DF8C72FA6E6DF8379A4B | Blacked | 10/23/2017 19:52:05 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 14 | 19A7EE504CC36782EBB64FBBBB40981A2317BAE9 | Tushy | 08/11/2017 14:41:07 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 15 | 224C19AC3CE85B27965D68479E33E7588D0BB02E | Tushy | 11/03/2017 02:58:12 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 16 | 278FA8402D54EC03A89CDE4768A479D1465B2D4B | Vixen | 09/09/2017 04:36:36 | 08/07/2017 | 08/17/2017 | PA0002077669 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2B374AFA7E7946C7C1A276AC1541246A16050CAD | Blacked Raw | 01/14/2018 03:14:46 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 18 | 2B83D01A751C071EC56D3A6709EEC2D672438410 | Tushy | 09/30/2017 01:31:06 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 19 | 2B8AE159020AAF665B654FAD042112178D285D78 | Tushy | 09/04/2017 19:48:54 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 20 | 2CEA82C6565500A67AA28B6E858B7BD104658DA5 | Blacked | 10/03/2017 03:12:41 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 21 | 2D66252D5BDAE9711D09CA9E58F4344469B562D4 | Tushy | 09/23/2017 21:13:38 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 22 | 2F69E2A038C20B796C2E402FE550718D4F2B919D | Vixen | 09/06/2017 01:19:15 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 23 | 38262352A10DC315E9CEFCA244BDD920156F0E4E | Blacked | 01/23/2018 09:27:00 | 01/20/2018 | 02/03/2018 | 16335134702 |
| 24 | 3B966541493949E2F48A2034CCAB2FFDF9719718 | Vixen | 01/23/2018 08:26:45 | 01/19/2018 | 02/03/2018 | 16331856016 |
| 25 | 3DC944A1AD966BC9391CEC53DEE47573EDCCB5A8 | Blacked | 12/03/2017 19:20:28 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 26 | 3E7F8AA5557DEAB0E3A3246CC9DA006C63423374 | Blacked | 10/28/2017 01:09:14 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 27 | 3EEDBE0085E4A68B9C43CE972017A0E3BB11695C | Tushy | 12/15/2017 12:42:07 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 28 | 4100E5E7CB23BBE12DB5373112A2A31400BA8729 | Blacked | 09/28/2017 02:01:53 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 29 | 41B0235D1BFC0821806275E650E024915820E402 | Blacked | 11/22/2017 12:49:58 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 30 | 43484134D4259093B9E6C9DCAECCE5C46E67A30C | Tushy | 02/04/2018 19:00:48 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 31 | 444FD4E358F84BC9FEE02E1AFDE513858E0E71DA | Vixen | 09/22/2017 02:21:26 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 32 | 44943F07B9E0C7D1E1E9B164C683075B49EA5103 | Vixen | 11/10/2017 23:50:43 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 33 | 44F643A5684F6EECC6998380F393ED555B40E86B | Blacked | 11/04/2017 12:35:46 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 34 | 45B2E3DC85C1A3825981D3B9EBDCC2E3ECB94FF7 | Vixen | 09/17/2017 01:46:10 | 09/16/2017 | 09/25/2017 | 15894022913 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 489DB267C55395E44EC326BB587141F742BEF361 | Tushy | 12/28/2017 04:30:56 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 36 | 4A1780EB0A60E46C96E4099F658B26C45D741B00 | Blacked | 11/18/2017 05:46:26 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 37 | 4A397114BB6752E8E3B02A307A48241E2FCE9EBF | Vixen | 12/26/2017 05:39:18 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 38 | 4B1C6C7F3650B7D808425C0B789E1A25376C84BE | Vixen | 11/24/2017 04:40:13 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 39 | 4B8BF565F3196533263042EB68C4D144D24272DA | Tushy | 08/30/2017 01:25:26 | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 40 | 4DDE3CFEA177922DAA399EB711A316D2F67E9F9D | Vixen | 09/05/2017 00:08:29 | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 41 | 51B1678BC3C7F08C249BF55BF90409908C209A45 | Vixen | 09/08/2017 19:53:53 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 42 | 55BDAEA1C28C1A3BC378C97ADE5046906662FF81 | Blacked | 08/09/2017 02:42:15 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 43 | 5A8BC94EE6DAF663693A4425805DA4185720FBF4 | Vixen | 01/26/2018 03:13:40 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 44 | 5F6BB4894D6069B51F6DC5F15682FEC98F59761A | Tushy | 10/05/2017 01:39:06 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 45 | 609907DC345C8704CB071BC1A3E3364290427595 | Vixen | 08/14/2017 03:08:16 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 46 | 6129F5C45914998ECC6D32BBA53E60026D0ED761 | Blacked | 01/06/2018 05:33:26 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 47 | 634381318D1D22169D9CBA70B16D54632B3BD101 | Vixen | 10/27/2017 02:47:53 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 48 | 63D85F8FE2921428995C90ACE057205213163B42 | Blacked | 12/22/2017 15:50:10 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 49 | 64E8A4184F05F358CB7BE733EE97338820C31D0C | Blacked | 12/13/2017 12:42:55 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 50 | 6581096B11DBE437F0DA682A891F2E8FE4B0D9CD | Vixen | 11/03/2017 20:49:25 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 51 | 69AD098BBE790BE118953F4FA58C656111EAFADF | Vixen | 01/05/2018 13:16:29 | 01/04/2018 | 01/18/2018 | PA0002070947 |
| 52 | 6B1AC1DE9A904B8FAC360B7EC9D3E74477AFBC85 | Blacked | 11/07/2017 04:40:02 | 11/06/2017 | 11/15/2017 | 16013342719 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 6B31CCFF0D6363BF24B48A251FA6744B5F9EE28D | Vixen | 09/04/2017 16:33:46 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 54 | 6E462DFF0D65C9CAC0025EC57CA5BABC81337D9C | Tushy | 08/27/2017 16:58:09 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 55 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 09/02/2017 23:10:53 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 56 | 71F2C46A0BDDD812F7C746A4CC2133E5CAF5712F | Tushy | 02/06/2018 10:56:47 | 02/05/2018 | 02/07/2018 | 16288499121 |
| 57 | 76ABE76487013827CF5F4F479B032B703D7CE9A4 | Blacked | 08/29/2017 03:38:47 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 58 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 09/06/2017 03:56:38 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 59 | 803980630B01E6B8475DCF8AAA2A4CE99E7007C0 | Vixen | 09/27/2017 03:31:07 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 60 | 817DC38DAFC342D2CB4E93229E49736BEA5677EC | Blacked | 01/31/2018 14:57:19 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 61 | 8359455E56EDB1AD829E0ACBACF1D98BD86EE2EF | Tushy | 09/04/2017 20:26:35 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 62 | 8C56FC696AA633E942BD32490009D0FAE08C363F | Vixen | 12/06/2017 03:07:39 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 63 | 8C873DC5717F62DCD9421D86076D8814A0867539 | Tushy | 02/12/2018 01:55:31 | 02/10/2018 | 02/17/2018 | 16288498992 |
| 64 | 8DC5A34B823B33DC7C7AB4C5A260C6E5C93B028A | Tushy | 01/27/2018 03:45:39 | 01/26/2018 | 02/03/2018 | 16288762393 |
| 65 | 90507DF41D2C7F705CAE037A37895F8CFABF09AD | Tushy | 12/21/2017 23:09:46 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 66 | 9467A61011D4831D74B6EC4EC8C9582E01F53BC8 | Tushy | 09/09/2017 04:43:30 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 67 | 95A01682A2924C6AAFCF746B00BDE06D3C94787A | Vixen | 11/01/2017 01:37:36 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 68 | 9845974FCC8914FF5FF7EA08529672D0BBB50053 | Blacked Raw | 11/16/2017 14:58:07 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 69 | 9E7BD02A415C2714DEC270A50B12D5A12258FA36 | Tushy | 09/14/2017 03:12:49 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 70 | A92F9D314D0018E679B15D122C8271C63C86598A | Vixen | 02/09/2018 03:06:51 | 12/10/2017 | 12/17/2017 | 16159649229 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | A9FA6BCB00C883739E7D72755145D97C30645E40 | Tushy | 10/14/2017 01:51:34 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 72 | AFD467CD6644702A843CBCDD1DAD19A3EA10863A | Blacked | 01/26/2018 14:32:00 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 73 | B46F6346223A7EF85430AF036DCC40D553422E04 | Blacked | 09/23/2017 09:41:19 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 74 | B95DE0259177A563A030D14420F7EE2B62F74B94 | Tushy | 01/23/2018 03:55:54 | 01/16/2018 | 01/20/2018 | 16215823881 |
| 75 | BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1 | Blacked | 10/13/2017 01:41:54 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 76 | BC713071309BE7B20F7F2736D5DE00BD4B209CE4 | Vixen | 11/26/2017 13:22:50 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 77 | C16A75181E14E27ED6F6249448DDADC7A7016A0D | Blacked | 09/08/2017 03:59:54 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 78 | C4FED0E95E5EA3901A7818D4BE57700555013D30 | Blacked Raw | 01/21/2018 15:32:26 | 01/17/2018 | 01/20/2018 | 16215824084 |
| 79 | C73F3A572E54ECE92AB09C5E7AC03DCC7EE0A080 | Tushy | 09/05/2017 11:38:32 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 80 | D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262 | Blacked Raw | 02/07/2018 12:53:43 | 02/06/2018 | 02/07/2018 | 16288499072 |
| 81 | D3FAF71F358B37710684388E75AC476CF04945AF | Blacked | 01/12/2018 11:44:06 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 82 | D50B75F3FBF36DC58F3A4FEAFB4B826C7EA6DC84 | Blacked Raw | 01/04/2018 04:39:46 | 01/02/2018 | 01/18/2018 | 16215824133 |
| 83 | D58C49FC89FD8F6368844D416AA2553740062838 | Tushy | 11/24/2017 02:22:38 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 84 | D5DDC10163223248FB725AC7532A3740E9E78571 | Blacked Raw | 11/10/2017 06:10:02 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 85 | D8F64BC3740763BFBA96DBD923F561C417E389F8 | Blacked | 09/03/2017 00:49:03 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 86 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 10/11/2017 23:58:59 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 87 | E1A2E8F5B8E5625BA1F6DA997D017DD225B832A2 | Tushy | 10/28/2017 23:05:39 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 88 | E1F5A11A84063F8412BC8E866814F7D0DE2897D0 | Tushy | 01/23/2018 12:03:14 | 01/21/2018 | 02/03/2018 | 16288762511 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | E3EC34ABC8E1E6262D7794CC67428CF4A43FE6CB | Tushy | 09/04/2017 18:41:59 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 90 | E49222EB236425C434143B6C3E9165E336EE05B8 | Blacked Raw | 12/03/2017 19:46:57 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 91 | E65C7FF754967FADD1B0FC79FACCC0FE9929BBA3 | Blacked | 12/08/2017 03:03:30 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 92 | E6C0235152FEA617FF722557AD46D5891EFB04CE | Blacked | 02/05/2018 08:34:06 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 93 | E80327AE9469BCEC32A4EA5FB7506FF53776AC8B | Tushy | 09/19/2017 00:07:40 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 94 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 10/07/2017 21:08:22 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 95 | F1DFDE579A54B77BD268E6E7DA0D104F1192AA09 | Blacked | 12/17/2017 23:24:53 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 96 | FAD86262581A95579253F08E5353B33F8BECFED5 | Tushy | 10/08/2017 23:10:59 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 97 | FFCBC2AA2977112F060895E264167F7BB55FD56F | Blacked | 10/18/2017 02:19:57 | 10/17/2017 | 11/15/2017 | 16013343097 |